THE HENDERSON ESTATE COMPANY et al., Appellants, *v.* THE CARROLL ELECTRIC COMPANY, Respondent.

*Henderson Estate Co.* v. *Carroll Electric Co.,* 113 App. Div. 775, affirmed.

(Argued June 12, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 19, 1906, affirming a judgment in favor of defendant entered upon the report of a referee in an action to enjoin an alleged infringement of plaintiffs' riparian rights.

*Edward S. Rapallo* and *Willard Parker Butler* for appellants.

*Allison Butts, John Hackett* and *Samuel K. Phillips* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ. Absent: GRAY, J.

---

JACOB PIRONG, Respondent, *v.* THE SOLVAY PROCESS COMPANY, Appellant.

*Pirong* v. *Solvay Process Co.,* 113 App. Div. 890, affirmed.

(Argued June 13, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 19, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been caused through defendant's negligence.

*Louis L. Waters* for appellant.

*Frank C. Sargent* and *John W. Reynolds* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.